IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUDSON PALMER HOMES, INC., *et al.* | |
| Plaintiffs, | |
| v. | MISCELLANEOUS ACTION |
| CRUM & FOSTER SPECIALTY INSURANCE CO., *et al.* | No. 20-64 |
| Defendants. | |

**AND NOW**, this  16ᵗʰ  day of November, 2020, upon review of the parties' motions, it is hereby **ORDERED** that Joint Motion for Withdrawal of Reference is **DENIED**, the two Motions to Strike are **DENIED**, and therefore, the case is dismissed.

BY THE COURT:

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.